■ The People of the State of New York, Respondent, v Nelson Genao, Appellant. [64 NYS3d 883]—

Order, Supreme Court, New York County (Bonnie G. Wittner, J.), entered on or about May 6, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court providently exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The various mitigating factors cited by defendant, such as his age and lack of a prior criminal record, were adequately taken into account by the risk assessment instrument, or were outweighed by the seriousness of the underlying sex crimes committed against multiple victims, as young as nine years old, which continued for many years. Concur—Tom, J.P., Renwick, Gische, Oing and Singh, JJ.